**FILED**
SEP 24 2014
DAVID CREWS, CLERK
BY_____ Deputy

UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:14CR 107

TELLIE D. MAIRIDITH  18 U.S.C. § 472
aka Tellie D. Meridith

**The Grand Jury Charges:**

## COUNT ONE

On or about May 15, 2014, in the Northern District of Mississippi and elsewhere, TELLIE D. MAIRIDITH aka Tellie D. Meridith, defendant, did knowingly and intentionally, with intent to defraud, pass, utter, and publish, and attempt to pass, utter, and publish, at the Dollar General store located at 1500 Cliff Gookin Boulevard in Tupelo, Mississippi, falsely made, forged, counterfeited and altered obligations and other securities of the United States, to wit: Federal Reserve Notes, in violation of Title 18, United States Code, Section 472.

## COUNT TWO

On or about May 16, 2014, in the Northern District of Mississippi and elsewhere, TELLIE D. MAIRIDITH aka Tellie D. Meridith, defendant, did knowingly and intentionally, with intent to defraud, pass, utter, and publish, and attempt to pass, utter, and publish, at the Texaco T-Mart store located at 1360 Barnes Crossing Road in Tupelo, Mississippi, falsely made, forged, counterfeited and altered obligations and other securities of the United States, to wit: Federal Reserve Notes, in violation of Title 18, United States Code, Section 472.

A TRUE BILL:

/s/ Signature Redacted
**FOREPERSON**

_(signed)_
**UNITED STATES ATTORNEY**